UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER STROSS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GLASS HOMES, INC.,<br><br>　　　　　　Defendant. | Case No.:  2:21-cv-06436-MEMF (MARx)<br><br>**ORDER TO SHOW CAUSE** |

　　　　This Order is issued pursuant to FRCP 4(m), which requires that Plaintiff serve the summons and complaint upon all defendants within 90 days after filing the complaint.  The Court may dismiss the action prior to the 90 days, however, if Plaintiff does not diligently prosecuted the action.

　　　　It is the responsibility of Plaintiff to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, Plaintiff must also pursue Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

　　　　The file in this case lacks the papers that would show it is being timely prosecuted. Accordingly, the Court, on its own motion, hereby sets a hearing on May 12, 2022, at 10:00 a.m. for

1  Order to Show Cause why this action should not be dismissed as to all remaining defendants for lack
2  of prosecution. If Plaintiff submits a written response to the Order to Show Cause or Plaintiff's Proof
3  of Service on all defendants by May 5, 2022, the hearing on the Order to Show Cause may be
4  discharged without an appearance being necessary.

6  **IT IS SO ORDERED.**

8  Dated: April 5, 2022

          MAAME EWUSI-MENSAH FRIMPONG
          United States District Judge