UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER STROSS, | | Case No.:  2:21-cv-06436-MEMF (MARx) |
| | Plaintiff, | **ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF [ECF NO. 18]** |
| v. | | |
| GLASS HOMES, INC., | | |
| | Defendant. | |

Proposed Amicus James Sarnes moves for leave to file an amicus brief seeking to provide additional information regarding Plaintiff's ongoing attempts to complete service.

Indeed, Plaintiff's attempts to complete service date back months. On October 28. 2021, Plaintiff Alexander Stross filed a motion for an order authorizing service of Defendant Glass Homes, Inc., via email and extending the time to complete service. ECF No. 11. On December 17, 2021, another court in this district issued an order denying Plaintiff's request to authorize service by email but granting Plaintiff's request for additional time to complete service. ECF No. 14. In doing so, the court extended Plaintiff's deadline to complete service to January 31, 2022.*Id.* On January 31, 2022, Plaintiff's counsel submitted a declaration stating that he had served two (2) copies of the waiver of

1

service of summons form, a self-addressed stamped envelope, and the summons and complaint to Defendant via First Class Mail. Attached as Exhibit 1 to the declaration was a photograph of the envelope addressed to Glass Homes, Inc. at P.O. Box 29281, San Francisco, CA 94129.

On February 16, 2022, Mr. Sarnes filed his Motion for Leave to File Amicus Brief. ECF No. 18. Mr. Sarnes attached his proposed brief to his Motion. *Id.* Mr. Sarnes asserts that: 1) he receives mail at P.O. Box 29281, San Francisco, CA 94129; 2) in January 2022, he received two items of mail addressed to Glass Homes, Inc.; and 3) he marked both mail pieces "Return to Sender" and deposited them in a mailbox on or around January 19, 2022. *Id.* Mr. Sarnes further asserts that his brief brings to the court's attention a "novel[,] relevant matter" and prevents injustice against the Defendant. Mr. Sarnes's Motion is unopposed.

"The district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). "There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable to the court." *WildEarth Guardians v. Haaland*, 2021 WL 4263831, at *10 (C.D. Cal. Sept. 20, 2021) (quoting *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991)). Courts have granted amicus status "when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cmty. Ass'n for Restoration of Env't v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999) (citing *Miller-Wohl Co. v. Comm'r of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982)). Although some courts disfavor amicus participation, this Court finds it "preferable to err on the side of" permitting such briefs. *Neonatology Assocs., P.A. v. C.I.R.*, 293 F.3d 128, 133 (3d Cir. 2002). "If an amicus brief that turns out to be unhelpful is filed, the [Court] ... can then simply disregard the amicus brief. On the other hand, if a good brief is rejected, the [Court] will be deprived of a resource that might have been of assistance." *Id.*

Here—under the unique circumstances of this case, where the Defendant has not made an appearance and the Plaintiff alleges he has made several attempts at service—the Court finds Mr.

Sarnes's amicus brief useful on the question of whether the Defendant has been receiving mail at the address counsel used to reach the Defendant.

Accordingly, Mr. Sarnes's Motion for Leave to File an Amicus Brief is GRANTED. ECF No. 18. The Court has considered the proposed brief to the extent found useful.

**IT IS SO ORDERED.**

Dated: April 4 2022

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge